

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREA HALL<br>La. DOC #110954<br>VS.<br><br>WARDEN BURL CAIN | CIVIL ACTION NO. 1:08-CV-0228<br>SECTION P<br><br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, having determined that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's second and successive Application for Writ of *Habeas Corpus* is **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25 day of March, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE